UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
DEC 1 6 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>YOUHUANG XIANG, )<br>A/K/A "YOHAN", )<br>)<br>*Defendant*. ) | CAUSE NO.<br><br>- 01      1:25-cr-246-JRS-MJD |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
### (Conspiracy to Commit Smuggling – 18 U.S.C. §§ 371, 545)

From on or about January 2024, through and including on or about November 2025, in the Southern District of Indiana, and elsewhere, the defendant,

**YOUHUANG XIANG,**

together with others known and unknown to the Grand Jury, conspired to commit an offense against the United States, namely smuggling, in violation of 18 U.S.C. § 545, and in furtherance of the conspiracy, and for the purpose of effecting its unlawful objectives, the defendant and other coconspirators committed overt acts in the Southern District of Indiana and elsewhere, including, but not limited to, the following:

(1) In or about March, 2024, the defendant, Youhuang XIANG, requested that Individual A in the People's Republic of China ship plasmid DNA of *E. Coli* bacteria to Youhuang XIANG's residence in Bloomington, Indiana.

(2)     In or about March of 2024, the defendant, Youhuang XIANG, asked Individual A, who was in China, to send him plasmid DNA of *E. Coli* bacteria in a package containing other materials.

(3)     In or about March of 2024, Individual A shipped plasmid DNA of *E. Coli* bacteria to the defendant, Youhuang XIANG, in Bloomington, Indiana.

(4)   Prior to shipping the plasmid DNA of *E. Coli* bacteria, Individual A concealed the plasmid DNA of *E. Coli* bacteria within a package containing clothing.

(5)   Individual A purposefully and falsely declared on official shipping documents that the contents of the package were "Men's Chemical Fiber Vest 10" and "Underwear of Man-Made Fibers, Other Womens."

(6)     In or about March of 2024, the defendant, Youhuang XIANG, received at his residence in Bloomington, Indiana, the package containing plasmid DNA of *E. Coli* bacteria concealed in an article of clothing.

(8)     On or about November 23, 2025, the defendant, Youhuang XIANG, made false statements to officers from U.S. Customs and Border Protection regarding the smuggling of plasmid DNA of *E. Coli* bacteria from China to Indiana in or about March of 2024, including, when asked about the contents of the package, stating that the package contained clothing and intentionally omitting that the package contained plasmid DNA of *E. Coli* bacteria.

All of which constitutes a violation of Title 18, United States Code, Sections 371 and 545.

## COUNT TWO
## (Smuggling – 18 U.S.C. §§ 545 and 2)

On or about March 28, 2024, in the Southern District of Indiana, the defendant,

**YOUHUANG XIANG,**

willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, plasmid DNA of Escherichia Coli ("*E. Coli*") bacteria of an approximate value of at least twenty U.S. Dollars.

All of which constitutes a violation of Title 18, United States Code, Section 545 and 2.

## COUNT THREE
## (False Statements – 18 U.S.C. §§ 1001(a)(3) and 2)

On or about March 28, 2024, in the Southern District of Indiana and elsewhere, the defendant,

**YOUHUANG XIANG,**

did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, in that YOUHUANG XIANG and others stated that the contents of a package shipped from the People's Republic of China and received by YOUHUANG XIANG, in Bloomington, Indiana, contained "Men's Chemical Fiber Vest 10" and "Underwear of Man-Made Fibers, Other Womens," when, in fact, the defendant YOUHUANG XIANG, then and there knew that said package contained concealed amounts of plasmid DNA of Escherichia Coli ("*E. Coli*") bacteria.

All of which constitutes a violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

A TRUE BILL:



THOMAS E. WHEELER II
United States Attorney

By: _____
Matthew J. Rinka
Assistant United States Attorney
Chief, National Security Unit