UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-cr-00246-JRS-MJD |
| | ) | |
| YOUHUANG XIANG, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**AGREED FACTUAL ALLEGATION
IN SUPPORT OF JUDICIAL ORDER OF REMOVAL**

NOTICE IS HEREBY GIVEN THAT YOUHUANG XIANG ("the defendant") by counsel, James Tunick, and Assistant United States Attorney Matthew J. Rinka, agree to the following facts in support of the United States' Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the People's Republic of China and a citizen of the People's Republic of China.

3. The defendant was previously admitted into the United States on a J-1 student visa. That visa has since been lawfully revoked by U.S. immigration authorities. As defendant's J-1 visa was cancelled and he was immediately transferred to federal custody for prosecution in the captioned cause, the defendant stipulates that he lacks any valid authorization to enter the United States and is therefore inadmissible/removable pursuant to Title 8, United States Code, Section 1182(a)(7) (A)(i)(I).

4. Additionally, at the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of Indiana, of smuggling plasmid DNA of *E. Coli* bacteria into the United States in violation of Title 18, United States

Code, Section 545. The defendant stipulates and agrees that a violation of Title 18, United States Code, Section 545 constitutes a crime involving moral turpitude and he is, therefore, subject to removal pursuant to Title 8, United States Code, Section 1182(A)(2)(a)(i)(I).

5.     The maximum sentence for a violation of Title 18, United States Code, Section 545 is 20 years' imprisonment.

6.     Therefore, the defendant stipulates he is, and at sentencing will be, subject to removal from the United States pursuant to Title 8, United States Code, Section 1182(a)(7) (A)(i)(I) and Title 8, United States Code, Section 1182(A)(2)(a)(i)(I).

7.     Undersigned counsel for the United States has conferred with Mr. James Tunick, counsel for the defendant, on the forgoing factual allegations in support of the requested Judicial Order of Removal. Mr. Tunick has no objection to the above allegations and agrees to the filing of this factual allegation in support of the requested Judicial Order of Removal.

WHEREFORE, pursuant to 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to the People's Republic of China.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:     *s/ Matthew J. Rinka*
        Matthew J. Rinka
        Assistant United States Attorney
        Chief, National Security Unit

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: */s/ Matthew J. Rinka*
   Matthew J. Rinka
   Assistant United States Attorney