UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
            v.                     )          No. 1:25-cr-00246-JRS-MJD
                                   )
YOUHUANG XIANG,                    )    -01
                                   )
                    Defendant.     )

**ENTRY FOR APRIL 7, 2026**

On this date, Defendant, Youhuang Xiang, appeared in person and by counsel, James Tunick, for a change of plea and sentencing hearing. The Government appeared by counsel, Matthew Rinka, with its investigative agent, Tyler Creer, FBI. La Tia Dowdell appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Laurie Morgan.

The Interpreter, Boming Chen, was sworn. After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to Count 2 of the Indictment, and the Defendant responded affirmatively. The Defendant waived the 30-day period required for an Agreed Factual Allegation and Concurrence from ICE for Judicial Removal. Evidence of a factual basis for the plea was heard and was accepted of record. The Court also conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,

- the Defendant's plea was being made knowingly and voluntarily,

- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Petition to Enter a Plea of Guilty, and the Defendant's subsequent pleas of guilty pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). The Court adjudged the Defendant guilty.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, Sentence was imposed as stated on the record, including:

- <u>Special Assessment:</u> $100.00.
- <u>Incarceration:</u> Time served.
- <u>Supervised Release:</u> 1 year.
- <u>Fine:</u> $500.00, interest waived.

By reference to the PSR, and after the Defendant waived formal reading, the Court advised the Defendant that while he is on supervised release, he is to comply with the following conditions:

- You shall not commit another federal, state or local crime.
- You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter (unless waived).
- You shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution (if applicable).
- If this judgment imposes a fine or restitution, it is a condition of probation/supervised release that you pay in accordance with the Schedule of Payments sheet of the Judgment and Commitment Order.
- You shall cooperate with the collection of DNA as directed by the probation officer.
- You shall surrender as directed to U.S. Immigration and Customs Enforcement. If you are released from the custody of the U.S.

- Immigration and Customs Enforcement for any reason, you shall report to the nearest U.S. Probation Office within 72 hours of your release.
- If released from confinement, not deported or removed, or you re-enter the United States, you shall report to the nearest probation office within 72 hours.
- You shall obtain the proper documentation from U.S. Immigration and Customs Enforcement authorizing you to work in the United States.
- You shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon

The Defendant shall pay to the United States a special assessment of $100.00.

Payment of the special assessment and fine shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was remanded to the custody of the United States Marshals.

The Government orally moved to dismiss the Counts 1 and 3 of the Indictment.

The Court GRANTED said motion and Counts 1 and 3 are DISMISSED.

The proceedings were adjourned.

Date: 4/7/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF

Electronic notice to United States Marshals